Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: cvanderputten@livingstonlawyers.com

Attorneys for Defendant
KOHL'S, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARLENE HAM, <br><br> Plaintiff, <br><br> v. <br><br> KOHL'S, INC., et al., <br><br> Defendants. | Case No. 2:21-CV-00298-TLN-CKD <br><br> **STIPULATION OF PARTIES TO REMAND ACTION TO STATE COURT AND ORDER RE: SAME** <br><br> Complaint Filed: 12/03/20 <br> [Sacramento County Superior Court <br> Case No. 34-2020-00289600-CU-PO-GDS] |

Plaintiff MARLENE HAM and defendant KOHL'S, INC., by and through their respective counsel, hereby stipulate to have the above-captioned action remanded to Sacramento County Superior Court and agree as follows:

1. Plaintiff MARLENE HAM commenced a civil action on December 3, 2020, in Sacramento County Superior Court, Unlimited Jurisdiction, in the State of California, entitled *Marlene Ham v. Kohl's, Inc. et al.,* Case No. 34-2020-00289600. In said action, plaintiff seeks personal injury damages under theories of premises liability and general negligence arising from an incident occurring on December 7, 2018, at the KOHL's store located 9650 Bruceville Road, Elk Grove, California, and resulting in alleged injuries.

2. Plaintiff is a citizen of the State of California. KOHL's is a Delaware corporation whose principal place of business is Menomonee Falls, Wisconsin.

3. Plaintiff's damages were alleged to exceed $74,999.99 (Seventy-Four Thousand

Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents) pursuant to her Statement of Damages, dated December 1, 2020.

4. The citizenship of the parties and the potential amount in controversy allow for federal diversity jurisdiction and KOHL's removed the action to the United States District Court on the basis of diversity jurisdiction on February 16, 2021.

5. Plaintiff subsequently agreed and stipulated she will not seek damages for, nor collect any judgment, inclusive of interest and costs, in excess of, $74,999.99 (Seventy-Four Thousand Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents), in the above-captioned action. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation Limiting Plaintiff's Damages.

6. Accordingly, the parties hereby agree, stipulate and request the Court remand this action to Sacramento County Superior Court, Case No. 34-2020-00289600-CU-PO-GDS.

**IT IS SO STIPULATED.**

Dated: April __, 2021                           CHILD & JACKSON

                                                By   /s/ Erik E. Child
                                                   Erik E. Child
                                                   Attorneys for Plaintiff
                                                   MARLENE HAM

Dated: May 17, 2021                             LIVINGSTON LAW FIRM

                                                By   /s/ Crystal L. Van Der Putten
                                                   Crystal L. Van Der Putten
                                                   Attorneys for Defendant
                                                   KOHL'S, INC.

**ORDER**

The Court, having reviewed the joint stipulation of the parties and good cause appearing hereby orders this action be remanded to Sacramento County Superior Court, Case No. 34-2020-00289600-CU-PO-GDS, and that each party shall bear its own attorney fees and costs incurred in connection with the removal of this action to federal court and remand to state court.

**IT IS SO ORDERED.**

Dated: May 17, 2021

Troy L. Nunley
United States District Judge